**Dismissal and Opinion Filed July 1, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01327-CV**

**SUSAN SCHELL, Appellant**
**V.**
**RET INVESTMENTS, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05476-E**

**MEMORANDUM OPINION**
Before Chief Justice Wright, Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The filing fee in this case is past due. By postcard dated September 27, 2012, we notified appellant the $175 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 27, 2012 we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of her appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b)(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121327F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SUSAN SCHELL, Appellant

No. 05-12-01327-CV      V.

RET INVESTMENTS, INC., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-05476-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee RET INVESTMENTS, INC. recover its costs of this appeal from appellant SUSAN SCHELL.


Judgment entered July 1, 2013


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE